IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID LEE JONES**                                                          **PLAINTIFF**
**ADC# 94099**

V.                     CASE NO. 4:09CV00876 JLH/BD

**DOC HOLLADAY, et al.**                                           **DEFENDANTS**

## **ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' Motion for Summary Judgment (docket entry #14) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE as to plaintiff's claims under 42 U.S.C. § 1983 and the United States Constitution and DISMISSED WITHOUT PREJUDICE as to any claims he may assert under Arkansas law.

IT IS SO ORDERED this 22nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE